# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BRIAN P. PELLETIER & <br> VICTORIA S. PELLETIER, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION <br> & BAC HOME LOANS SERVICING LP, <br><br> Defendants. | Docket no. 2:10-cv-268-GZS |

## ORDER IN LIEU OF PRE-FILING CONFERENCE

The Court has received and reviewed Defendants' Notice of Intent (Docket # 27), which was filed to comply with Local Rule 56(h). Because the scheduling order in this case was issued prior to July 1, 2011, the Court, in an exercise of its discretion, may choose to forego the pre-filing conference contemplated by the amended local rule.

Having reviewed Defendants' Notice, the Court believes that no conference is necessary. Rather, the motion for summary judgment contemplated by Defendants' Notice can be adequately briefed under the procedures laid out in the applicable federal and local rules. See, e.g., D. Me. L. R. 7 & 56(a)-(g). Defendants are hereby notified that they may proceed to file their motion for summary judgment on or before the deadline previously set for dispositive motions.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 30th day of August, 2011.